EXHIBIT C to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

TravelStorm, Inc. v. HomeAway, Inc., et al.



| GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *Gail H. Nichols* (signature)<br>Gail Nichols<br>District Court Judge<br>DATE OF ORDER INDICATED ON ATTACHMENT |

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Feb 24 2011 9:38AM MST
Filing ID: 36118349
Review Clerk: Jonna Goldstone

| District Court, Pitkin County, Colorado<br>506 E. Main Street, Aspen, Colorado 81611<br>Tel: (970) 925-7635 | |
|---|---|
| **Plaintiff:**<br>TRAVELSTORM, INC., a Delaware corporation<br><br>v.<br><br>**Defendants:**<br>HOMEAWAY, INC., a Delaware corporation, and INSTANT, INC., a Delaware corporation | ^COURT USE ONLY^<br><br>Case Number: 10 CV 395<br><br>Division: 5   Courtroom: |
| [proposed] **ORDER GRANTING UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION OF TIME TO DESIGNATE NON-PARTIES AT FAULT** | |

The matter has come before the Court on Defendants, HomeAway, Inc. and Instant, Inc.'s Unopposed Motion For Extension To Designate Non-Parties at Fault ("Motion"), and the Court having considered the same and being duly advised in the premises, hereby finds that the Motion should be GRANTED:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendants shall have an additional thirty (30) days (through and including, March 24, 2011) to designate any third parties at fault.

Ordered this ____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Pitkin County District Court 9th JD |
| **Judge:** | Gail H Nichols |
| **File & Serve Transaction ID:** | 36070176 |
| **Current Date:** | Feb 24, 2011 |
| **Case Number:** | 2010CV395 |
| **Case Name:** | TRAVELSTORM INC A DELAWARE CORPORATION vs. HOMEAWAY INC A DELAWARE CORPORATION et al |