EXHIBIT E to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

TravelStorm, Inc. v. HomeAway, Inc., et al.



| GRANTED WITH AMENDMENTS | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. | *Gail H. Nichols* |
|---|---|---|

**Gail Nichols**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Mar 3 2011 3:52PM MST
Filing ID: 36268216
Review Clerk: Jonna Goldstone

District Court, Pitkin County, Colorado
506 E. Main Street, Aspen, Colorado 81611
Tel: (970) 925-7635

**Plaintiff:**
TRAVELSTORM, INC., a Delaware corporation

v.

**Defendants:**
HOMEAWAY, INC., a Delaware corporation, and
INSTANT, INC., a Delaware corporation

^COURT USE ONLY^

Case Number: 10 CV 395

Division: 5    Courtroom

**[Proposed] ORDER *PRO HAC VICE* ADMISSION OF CLAYTON BASSER-WALL**

CONSIDERING the verified motion for *pro hac vice* admission regarding Clayton Basser-Wall,

IT IS HEREBY ORDERED that Clayton Basser-Wall is admitted *pro hac vice* in this case.

DATED this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

**This document constitutes a ruling of the court and should be treated as such.**

**Court Authorizer**
**Comments:**

The Court grants this motion. The Court notes that Rule 221 requires a certificate of service of the verified motion on all counsel of record AND THE CLIENT. There is no certificate of service on the client. Counsel is directed to file such a certificate within 10 days of the date of this order.