EXHIBIT F to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

TravelStorm, Inc. v. HomeAway, Inc., et al.

| DISTRICT COURT, PITKIN COUNTY, COLORADO<br><br>506 East Main Street<br>Aspen, Colorado 81611<br>(970) 925-7635 | EFILED Document<br>CO Pitkin County District Court 9th JD<br>Filing Date: Mar 4 2011 11:21AM MST<br>Filing ID: 36281352<br>Review Clerk: Jonna Goldstone |
|---|---|
| Plaintiff(s): Travelstorm Inc.<br><br>v.<br><br>Defendant(s): Homeaway Inc. | Case No. 10CV395<br><br>▲ COURT USE ONLY ▲ |
| **CIVIL JURY TRIAL SCHEDULING ORDER** | |

THE COURT hereby orders that this matter is set for a trial to a jury of six and 2 alternates in Aspen, Colorado, on September 10-14, 2012, from 9:00 a.m. to 5 p.m. daily. On the first day of trial, counsel and their clients shall meet with the Court at 8:15 a.m. This is currently a first setting. Counsel should be aware that, if necessary, a criminal or other emergent matter may take precedence.

1. Mediation or other alternate dispute resolution with a third-party neutral is required and shall be completed no later than May 10, 2012. Counsel for plaintiff shall file a certification with the court verifying that the mediation has taken place no later than May 17, 2012, and stating whether or not the mediation was successful.

2. Any summary judgment motions shall be filed no later than June 11, 2012.

3. Any *in limine* motions shall be filed no later than August 10, 2012.

4. The Joint Trial Management certificate is due on or before August 10, 2012.

5. Counsel shall meet and confer on or before August 21, 2012, to develop jointly agreed upon jury instructions. Plaintiff's (unless it was defendant who asked for the jury trial) counsel shall submit to the Court the agreed upon jury instructions no later than August 21, 2012. Counsel shall each submit to the Court no later than August 21, 2012, separately labeled, any disputed instructions. Any disputed instruction(s) shall not be included in the agreed upon jury instructions.

6. Counsel shall file the proposed Jury Instructions with the court and shall also send the proposed jury instructions in Word format to Division Clerk Jonna Goldstone at jonna.goldstone@judicial.state.co.us.

7. A pretrial readiness conference is scheduled for August 23, 2012, at 8:15 a.m. Counsel may appear by telephone, but must call into the court at 970-925-7635. The Court will address any objections to the jury instructions at this time.

8. The jury in this proceeding shall be given juror notebooks when they are sworn as trial jurors, which will include, at a minimum, 10 blank pages per day of trial upon which jurors may take notes or write down questions.

9. Counsel shall meet and confer on or before August 21, 2012, to determine what else, if anything, in addition to blank paper, they agree to include in the trial notebooks. Counsel for plaintiff (defendant if defendant requested the jury) shall submit to the court eight (8) notebooks with the blank pages and any other items on which the parties agree on August 21, 2012. If there is a dispute as to any jury notebook item, counsel shall submit to the Court by August 21, 2012, under separate cover, the items that are in dispute, which disputed items shall not be included in the jointly submitted trial notebooks.

10. Counsel shall exchange marked exhibits for use at trial on or before August 21, 2012. Counsel shall work out a marking system so that each party has a range of numbers or letters assigned to them for marking their exhibits. Alternatively, the parties can agree to share one set of marked exhibits. Counsel shall bring to Court on the first day of trial a set of exhibits for the Court and one for the witness.

11. If you want the services of a court reporter for the trial, you must call Sheila Schiesser at 970-947-3852.

12. For all other matters not specifically addressed in this Order, Rules 16 and 26 control.

13. Failure to comply with this Order in a timely manner may result in cancellation of the trial setting, entry of default or judgment by default, or the imposition of other sanctions.

Dated: March 4, 2011

BY THE COURT:

_____
Gail H. Nichols
District Judge