EXHIBIT I to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

TravelStorm, Inc. v. HomeAway, Inc., et al.



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Gail H. Nichols*

**Gail Nichols**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Mar 9 2011 1:57PM MST
Filing ID: 36377687
Review Clerk: Jonna Goldstone

DISTRICT COURT, PITKIN COUNTY, COLORADO
Court Address: 506 E. Main St., Suite E, Aspen, CO 81611

TRAVELSTORM, INC., a Delaware corporation,

Plaintiff,

v.

HOMEAWAY, INC. a Delaware corporation,
and INSTANT, INC., a Delaware corporation,

Defendants.

▲COURT USE ONLY▲.

Attorney(s) for Plaintiff:
Angela L. Ekker, #17191
*Attorneys for Plaintiff*
Ekker & McNally, LLP
7887 E. Belleview Ave., Suite 1200
Englewood, Colorado, 80111
Phone No.: (303) 793-0700
Fax No.: (303) 793-1950
E-mail: aekker@emcololaw.com

Case No.: 2010CV395

Div/Ctrm: 5

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CASE MANAGEMENT ORDER**

THE COURT having reviewed Plaintiff's Unopposed Motion for Extension of Time to File Case Management Order, and being fully advised,

ORDERS that the Motion is GRANTED. The parties have up to and including March 17, 2011 to file their Case Management Order.

DATED this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

| | |
|---|---|
| **Court:** | CO Pitkin County District Court 9th JD |
| **Judge:** | Gail H Nichols |
| **Current Date:** | Mar 09, 2011 |
| **Case Number:** | 2010CV395 |
| **Case Name:** | TRAVELSTORM INC A DELAWARE CORPORATION vs. HOMEAWAY INC A DELAWARE CORPORATION et al |

/s/ Judge Gail H Nichols