EXHIBIT L to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

TravelStorm, Inc. v. HomeAway, Inc., et al.



| GRANTED | The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order. |
|---------|---------|

*Gail H. Nichols*

**Gail Nichols**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

---

District Court, Pitkin County, Colorado
506 E. Main Street, Aspen, Colorado 81611
Tel:  (970) 925-7635

**Plaintiff:**
TRAVELSTORM, INC., a Delaware corporation

v.

**Defendants:**
HOMEAWAY, INC., a Delaware corporation, and
INSTANT, INC., a Delaware corporation

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Apr 16 2011 5:19PM MDT
Filing ID: 37083013
Review Clerk: Jonna Goldstone

^COURT USE ONLY^

Case Number: 10 CV 395

Division: 5     Courtroom

---

**[proposed] ORDER REGARDING UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

THIS MATTER having come before the Court on Defendants' Unopposed Motion for Enlargement of Time ("Motion"), and the Court being fully apprised in the premises, hereby grants the Motion and orders that Defendants, HomeAway, Inc. and Instant, Inc. have to and until May 9, 2011 within which to file their response to Plaintiff's Motion for Partial Summary Judgment.

Done this _____ day of April, 2011.

BY THE COURT:

_____
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  | |
|---:|:---|
| **Court:** | CO Pitkin County District Court 9th JD |
| **Judge:** | Gail H Nichols |
| **Current Date:** | Apr 16, 2011 |
| **Case Number:** | 2010CV395 |
| **Case Name:** | TRAVELSTORM INC A DELAWARE CORPORATION vs. HOMEAWAY INC A DELAWARE CORPORATION et al |

/s/ Judge Gail H Nichols