EXHIBIT O to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

TravelStorm, Inc. v. HomeAway, Inc., et al.

EFILED Document
CO Pitkin County District Court 9th JD
EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: May 20 2011 11:28AM MDT
Filing ID: 36544958
Review Clerk: Jonna Goldstone

| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>Court Address: 506 E. Main St., Suite E, Aspen, CO 81611 | |
|---|---|
| TRAVELSTORM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMEAWAY, INC. a Delaware corporation,<br>and INSTANT, INC., a Delaware corporation,<br><br>Defendants. | ▲COURT USE ONLY▲ |
| Attorney(s) for Plaintiff:<br>Angela L. Ekker, #17191<br>*Attorneys for Plaintiff*<br>Ekker & McNally, LLP<br>7887 E. Belleview Ave., Suite 1200<br>Englewood, Colorado, 80111<br>Phone No.: (303) 793-0700<br>Fax No.: (303) 793-1950<br>E-mail: aekker@emcololaw.com | Case No.: 2010CV395<br><br>Div/Ctrm: 5 |
| **CASE MANAGEMENT ORDER AND ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** | |

The parties have submitted a Disputed Motion for a Modified Case Management Order pursuant to C.R.C.P. 16(c) and have requested a Case Management Conference to resolve the disputed issue regarding the number of depositions.

The Court orders that the Presumptive Case Management Order set forth in C.R.C.P. 16(b) shall control the course of action in this case, except the Court finds that good cause exists to increase the number of depositions permitted.

Plaintiff's position is that each side be allowed to take 12 depositions per side. Defendants' position is that each side be allowed to take six (6) depositions. The parties agree that additional depositions may be taken upon written stipulation or a showing of good cause. The parties agree that the limitation on the number of depositions, be it 12 or 6, is exclusive of records depositions of third-parties and persons expected to give expert testimony disclosed pursuant to Rule 26(a)(2).

The Court finds that the each side may take ___9___ depositions, exclusive of records depositions of third-parties and persons expected to give expert testimony disclosed pursuant to Rule

26(a)(2). The parties may take additional depositions upon written stipulation or a showing of good cause.

~~This Order has been agreed upon and approved by all counsel for the parties.~~ *GHN*

→ ~~The Court orders a case management conference to be scheduled on_____ at _____ The parties may participate by telephone.~~

DATED this _19th_ day of _April_, 2011.

_____
DISTRICT COURT JUDGE

{ If any party wants a case management conference to be scheduled, that party should notice a setting conference with the Division's Clerk, Jonna Goldstone, at 970-925-7635, ext. 3.