<u>EXHIBIT P</u> to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

<u>TravelStorm, Inc. v. HomeAway, Inc., et al.</u>

EFILED Document
CO Pitkin County District Court 9th JD
Filing Date: Apr 20 2011 11:28AM MDT
Filing ID: 37145607
Review Clerk: Jonna Goldstone

| DISTRICT COURT, PITKIN COUNTY, COLORADO<br>Court Address: 506 E. Main St., Suite E, Aspen, CO 81611<br><br>TRAVELSTORM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOMEAWAY, INC. a Delaware corporation,<br>and INSTANT, INC., a Delaware corporation,<br><br>Defendants. | ▲COURT USE ONLY▲ |
|---|---|
| Attorney(s) for Plaintiff:<br>Angela L. Ekker, #17191<br>*Attorneys for Plaintiff*<br>Ekker & McNally, LLP<br>7887 E. Belleview Ave., Suite 1200<br>Englewood, Colorado, 80111<br>Phone No.: (303) 793-0700<br>Fax No.: (303) 793-1950<br>E-mail: aekker@emcololaw.com | Case No.: 2010CV395<br><br>Div/Ctrm: 5 |
| **ORDER GRANTING UNOPPOSED MOTION TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL** ||

THE COURT having reviewed Plaintiff's Unopposed Motion to File Motion for Partial Summary Judgment Under Seal, and being fully advised,

ORDERS that the Motion is GRANTED. Plaintiff may file Plaintiff's Motion for Partial Summary Judgment (Filed Under Seal).

DATED this 19th day of April, 2011.

BY THE COURT:

District Court Judge