EXHIBIT T to Notice of Removal to the U.S. District Court for the District of Colorado Under 28 U.S.C. § 1441(b)

TravelStorm, Inc. v. HomeAway, Inc., et al.



**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Gail H. Nichols*

**Gail Nichols**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

| District Court, Pitkin County, Colorado<br>506 E. Main Street, Aspen, Colorado 81611<br>Tel: (970) 925-7635 | EFILED Document<br>CO Pitkin County District Court 9th JD<br>Filing Date: May 10 2011 5:30PM MDT<br>Filing ID: 37511861<br>Review Clerk: Jonna Goldstone |
|---|---|
| **Plaintiff:**<br><br>TRAVELSTORM, INC., a Delaware corporation<br><br>v.<br><br>**Defendants:**<br><br>HOMEAWAY, INC., a Delaware corporation, and INSTANT, INC., a Delaware corporation | ^COURT USE ONLY^<br><br>Case Number: 10 CV 395<br><br>Division: 5    Courtroom |

**[proposed] ORDER GRANTING UNOPPOSED MOTION TO FILE DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT UNDER SEAL**

This matter coming to be heard on Defendants, HomeAway, Inc. and Instant, Inc.'s Unopposed Motion to File Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment Under Seal (the "Motion"), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants may file their Opposition to Plaintiff's Motion for Partial Summary Judgment Under Seal.

Dated this _____ day of _____, 2011.

BY THE COURT:

_____
District Court Judge

| This document constitutes a ruling of the court and should be treated as such. | |
|---|---|
| Court: | CO Pitkin County District Court 9th JD |
| Judge: | Gail H Nichols |
| Current Date: | May 10, 2011 |
| Case Number: | 2010CV395 |
| Case Name: | TRAVELSTORM INC A DELAWARE CORPORATION vs. HOMEAWAY INC A DELAWARE CORPORATION et al |

/s/ Judge Gail H Nichols