IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-01390-MSK- BNB | Date: June 30, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| TRAVELSTORM, INC.,<br>a Delaware corporation | Angela Ekker |
| Plaintiff(s), | |
| v. | |
| HOMEAWAY, INC.,<br>a Delaware corporation | Clayton Basser-Wall |
| INSTANT, INC.,<br>a Delaware corporation | |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:   8:28.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Defendants' motion for leave to amend [doc.#37; filed 6/8/11] is denied as superseded as stated on the record.**

**ORDERED:** **Defendants' amended motion for leave to amend [doc. #38;filed 6/8/11] is taken under advisement.**

**ORDERED:** **Motion to amend complaint to add claim for punitive damages [doc. # 42; filed 6/8/11] is take under advisement.**

Court in Recess:        9:08 a.m.        Hearing concluded.     Total time in Court: 00:40

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.